1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Phyl Grace, Esq., SBN 171771
3  Dennis Price, Esq., SBN 279082
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Rd., St. 300
5  San Diego, CA 92131
6  (858) 375-7385
   phylg@potterhandy.com
7  Attorneys for Plaintiff

8
   Mark T. Kobata (SBN: 74654)
9  mkobata@bkd-law.com
   BARLOW, KOBATA & DENIS, LLP
10 8730 Wilshire Boulevard, Suite 210
   Beverley Hills, CA 90211
11 Telephone: (310) 277-7556
   Facsimile: (209) 277 -2982
12 Attorney for Defendant
   Main Co., LLC
13
   Gregory L. Larson (SBN 61830)
14 LAW OFFICES OF GREGORY L.LARSON, APC
   Gllarson99@aol.com
15 30423 Canwood Street, Suite 103
   Agoura Hills, California 91301
16 Telephone: (818) 889-2285
   Facsimile  (818) 889-2233
17 Attorney for Defendant
   Eclipse Specialties, Inc.

18                UNITED STATES DISTRICT COURT
19                CENTRAL DISTRICT OF CALIFORNIA

20  CHRIS LANGER,                        ) Case No.: 2:18-CV-04978-TJH-GJS
21         Plaintiff,                    )
                                         ) **JOINT STIPULATION FOR**
22  v.                                   ) **DISMISSAL PURSUANT TO**
                                         ) **F.R.C.P. 41 (a)(1)(A)(ii)**
23  MAIN CO., LLC, a California Limited  )
    Liability Company;                   )
24  ECLIPSE SPECIALTIES, Inc., a California )
    Corporation; and Does 1-10,          )
25                                       )
           Defendants.                   )

26       Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
27  parties hereto that this action may be dismissed with prejudice as to all parties; each
28

party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 27, 2019     CENTER FOR DISABILITY ACCESS

By:   /s/ Chris Carson
        Chris Carson
        Attorneys for Plaintiff

Dated: March 27, 2019     BARLOW, KOBATA & DENIS, LLP

By:   /s/ Mark T. Kobata
        Mark T. Kobata
        Attorney for Defendant
        Main Co., LLC

Dated: March 27, 2019     LAW OFFICES OF GREGORY L. LARSON, APC

By:   /s/ Gregory L. Larson
        Gregory L. Larson
        Attorney for Defendant
        Eclipse Specialties, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Mark T. Kobata, counsel for Main Co., LLC and Gregory L. Larson, counsel for Eclipse Specialties, Inc., and that I have obtained authorization to affix their electronic signature to this document.

Dated: March 27, 2019        CENTER FOR DISABILITY ACCESS

                             By:   /s/ Chris Carson
                                   Chris Carson
                                   Attorneys for Plaintiff